

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/05/2023

**MARIA-COSTANZA BARDUCCI**
**BARDUCCI LAW FIRM**

5 West 19th Street, 10th Floor New York, New York 10011 Telephone: 212-433-2554

June 2, 2023

**VIA ECF**
Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    *Re: **Michael Adams v. SECOND & E. 82 REALTY LLC, C&G GOURMET USA Corp.***
    *Civil Action No: 23-CV-1092(VEC)*
    *Joint Letter Pursuant to D.E.#7 (Case Management Plan appendid herein)*

Your Honorable Judge Caproni,

    I represent the Plaintiff in the above-referenced matter.

    The Court's Notice of Initial Pretrial Conference [DE#7] requires that the parties submit a Joint Letter, together with their Proposed Case Management Plan and Scheduling Order, at least 7 days prior to the Initial Pretrial Conference. The Plaintiff files this status report, pursuant to the Court's Order, to advise the court that despite Plaintiff's attempts to contact the Defendant, including mailing a copy of the Initial Conference Order [DE#7], the Defendants have yet to make an appearance on the record. Tantamount, the Defendants have also made no contact with the Plaintiff's office or attempted any form of communication in defense of this action. Therefore, Plaintiff formally requests the Court grant permission to move for Default Judgment in this action, or otherwise for an adjournment of thirty "30" days to provide the Defendants with additional time to appear in this mafter.

    Thank you for your consideration.

                                         Respectfully Submitted,

                                         **BARDUCCI LAW FIRM, PLLC**

                                                                                 s/Maria Costanza Barducci

                                                                                 Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only

---

Pursuant to the Court's order at Dkt. 7, Defendants' deadline to answer or otherwise respond to the complaint is **June 9, 2023**.  The initial pretrial conference scheduled for June 9, 2023, is adjourned *sine die*.  If Defendants fail timely to answer or otherwise respond to the Complaint, Plaintiff must move for default judgment by **June 14, 2023**, in accordance with the Undersigned's Individual Practices.  Plaintiff must serve a copy of this order on Defendants and file proof of service by **12:00 P.M. on June 6, 2023**.

SO ORDERED.

*[signature: Valerie Caproni]*   06/05/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE